United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Tommy's Appliance Installations LLC

**Debtor(s)**

Case No.: 20–32544

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/18/23

_____
Jeffrey P. Norman
United States Bankruptcy Judge